UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

IN RE: )
RICHARD T. PACHECO, II )
) 1:15 CR 063
)
LEAVE OF ABSENCE )

## ORDER

Upon consideration of the Motion for Leave of Absence filed by Richard T. Pacheco, II, in the above-cited case, for the period of:

February 16, 2016 through and including February 19, 2016, April 4, 2016 through and including April 8, 2016, June 17, 2016 through and including July 5, 2016, November 21, 2016 through and including November 25, 2016, December 26, 2016 through and including January 5, 2017 for vacation outside of the district,

the same is hereby GRANTED.

This 12th day of January, 2016.

_____
DUDLEY H. BOWEN, JR.
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2016 JAN 12 PM 2:51
CLERK_____
SO. DIST. OF GA.